UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br>v.<br><br>LARON CARNELL JOHNSON,<br><br>                Defendant(s). | CASE NO. CR25-0168-KKE-2<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

      Defendant Laron Johnson, proceeding through counsel, requests an extension of his pretrial motions deadline to October 14, 2025. Dkt. No. 17. The Government does not oppose the motion. *Id*.

      Finding good cause for an extension, the Court GRANTS the motion. Dkt. No. 17. Mr. Johnson's pretrial motions deadline is now October 14, 2025.

      Dated this 7th day of October, 2025.

                                        Kymberly K. Evanson
                                        United States District Judge