UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>LARON CARNELL JOHNSON,<br><br>Defendant(s). | CASE NO. CR25-0168-KKE-2<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH DOCUMENT |

Defendant requested leave to file an overlength motion to suppress and for evidentiary hearing. Dkt. No. 46. The motion contained 5,725 words. *Id.* at 30. The Court GRANTS the motion and ORDERS that the Government may file an overlength response to Defendant's motion that is not longer than 5,725 words.

Dated this 17th day of September, 2026.

Kymberly K. Evanson
United States District Judge