UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>LARON CARNELL JOHNSON,<br><br>Defendant(s). | CASE NO. CR25-0168-KKE-2<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH DOCUMENT |

This matter comes before the Court on Defendant Laron Carnell Johnson's motion for leave to file an overlength reply to the government's response to the motion to suppress and for evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1974). Dkt. No. 62. The Court GRANTS the motion. *Id.*

It is so ordered.

Dated this 6th day of October, 2026.

Kymberly K. Evanson
United States District Judge