UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARON CARNELL JOHNSON,

Defendant.

CASE NO. CR-25-168-KKE

**ORDER GRANTING MOTION TO MODIFY BOND CONDITIONS, DKT. 74**

Defendant moves, without opposition, to modify his special conditions of release. The Court accordingly **ORDERS**:

1. Defendant's motion to modify conditions of release, Dkt. 74, is GRANTED.

2. The condition Defendant participate in location monitoring with Active Global Positioning Satellite Technology ordered at Dkt. 14, is stricken and replaced with the following condition:

> The defendant shall comply with the Stand-Alone Monitoring component of the Location Monitoring Program. The defendant shall be monitored by Active Global Positioning Satellite technology, which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

3. The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge